Direct Dial: (608) 260-2472
E-Mail: csinderbrand@axley.com

April 19, 2007

Pamela R. McGillivray, Esq.
Garvey, McNeil and McGillivray
634 W. Main St., #101
Madison, WI 53703-2687

Re: *Suzanne Dauer v. Dorothy G., Inc., et al.*
    Case No. 07-C-0188 (E.D. Wis.)

Dear Pam:

This letter will confirm that you have agreed, on behalf of the plaintiff, to extend the deadline for each and all of the defendants to file their responsive pleadings, so that we do not have to respond to the Complaint as we try to finalize settlement. You have agreed to an indefinite extension, and that we will have ten (10) days after written notice from you if you wish us to respond to the Complaint. Thank you for this courtesy.

We are sending a copy of this letter to the Court for its records. If I have misunderstood or misstated this agreement, please let me know immediately.

Sincerely,

AXLEY BRYNELSON, LLP

 /cas/

Carl A. Sinderbrand
CAS:gmk

cc: Clerk of United States District Court, Eastern District of Wisconsin
    Richard J. Lewandowski, Esq.
    Kevin J. Lyons, Esq.
    Michael J. Cohen, Esq.
    Ms. Meredith Glynn
    Mr. Sam Gruichich