UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SUZANNE DAUER,

    Plaintiff, and

ERIC EDE,

    Involuntary Plaintiff,

v.

DOROTHY G., Inc., DOROTHY GRUICHICH, SAM GRUICHICH, And RUTH BARNEKOW,

    Defendants.

Civil Action No. 2:07-cv-188

Hon. J.P. Stadtmueller

---

### PLAINTIFF'S VOLUNTARY NOTICE TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the undersigned, counsel of record for Suzanne Dauer, plaintiff, provides this Notice of Voluntary Dismissal with prejudice and without costs pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated this 18th day of January, 2008.

    GARVEY MCNEIL & MCGILLIVRAY, S.C.
    Attorneys for Plaintiff Dauer

    Pamela R. McGillivray
    WSB1034194
    mcgillivray@gmmattorneys.com
    634 West Main Street, Suite 101
    Madison, WI 53703
    Tel. 608.256.1003
    Fax 608.256.0933